DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY MURNANE** and
**RONAN MCCORMACK,**
Appellants,

v.

**WISTERIA COURT CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2025-1873

[July 23, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case Nos. 062023CC073134AXXXCE and 062023CC073135AXXXCE.

John Preston Seiler and Jonathan Benjamin Lewis of Law Offices of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellants.

Edward Francis Holodak of Valancy Holodak & Reed, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***